

# NUMBERS 13-07-754-CR & 13-07-755-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

KENNETH JOHN COBURN,                                      Appellant,

v.

THE STATE OF TEXAS,                                      Appellee.

---

### On appeal from the 24th District Court
### of Jackson County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Kenneth John Coburn, attempts to appeal his convictions for aggravated assault with a deadly weapon entered in trial court cause numbers 05-11-7326 and 05-12-7340. In each of these cases, the trial court has certified that this is a "plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On February 22, 2008, this Court notified appellant's counsel of the trial court's certifications and ordered counsel to: (1) review the records; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certifications.

On March 3, 2008, counsel filed a letter brief with this Court addressing these issues. Counsel's response does not establish that the certifications currently on file with this Court are incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, these appeals are DISMISSED. Any pending motions are denied as moot.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this the 20th day of March, 2008.